Jason B Edmond
Momar Morgan Jr
2730 University Blvd W #604
        Vs Wheaton MD 20902

Regina Edmond 5320 Woodnote Ln
Daniel C Perkins   Columbia MD 21044
Momar E Morgan
Ndey Morgan
Amie Faal Morgan

Case: 1:18-mc-00189
Assigned To : Unassigned
Assign. Date : 12/27/2018
Description: Misc.

## Complaint

I the plaintiff have been binded to too many contracts
from childhood to adulthood without any care of what
I was being involved in. Most of these contracts are
under private and confidential contracting due to
some illegal activity, civil rights and unethical experimen
-ing. Due to acts of fraud under guardianship and healthcar

I am asking the U.S Courts to "terminate" all
forms of contracts under my name for healthcare,
security, financial services and management. Also
Plaintiff asks that all his finances, accounts, debit
and credit cards be returned to him to conduct
an Accounting Forensics Investigation and Audits

## It is Ordered

It is ordered that all contracts under or with the plaintiff Jason B Edmond also known as Momar Morgan or Mbergan be "Terminated" due to ethics such as unethical experimentation and financial fraud.

It is also ordered that all employees and realtors prepare for an audit in regards to property management and occupancy of the plaintiffs real estate.

It is also ordered that all foreign and Diplomatic contracting and financial services be terminated for auditing by a Forensic Accounting Specialist provided by the plaintiff.

It is also ordered that all finances, accounts and financial cards such as credit and debit cards be returned to the plaintiff for auditing.

Jason B Edmond
Momar Morgan Jr

Mbergan

Plaintiff
2730 University blvd W #C
Wheaton MD 20902